**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Terry W. Barrett,

Plaintiff,

vs.

National Credit Services, Inc.,
D/B/A Northland Credit Control,
a Minnesota corporation,

Defendant.

Civil File No.: 01-CV-1381 (DSD/SRN)

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

**WHEREAS,** Plaintiff served Defendant National Credit Services, Inc., d/b/a Northland Credit Control, with a Summons and Complaint in this case on or about August 1, 2001; and

**WHEREAS,** Defendant's responsive pleading is due under the Federal Rules of Civil Procedure on or about August 21, 2001; and

**WHEREAS,** Defendant above-named has requested, and Plaintiff has agreed to an extension of time within which Defendant may respond by motion or answer to Plaintiff's Complaint to allow the parties to explore settlement.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that Defendant above-named shall have until August 31, 2001, by which to move, answer, or otherwise respond to Plaintiff's Complaint, subject to approval of the District Court.

DATED: August 17, 2001

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South 3rd Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

FILED AUG 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: August 17, 2001

Robert W. Reutiman, Jr., Esq.
Attorney for Defendant
305 East Rice Street
Post Office Box 367
Wayzata, MN 55391
(952) 473-7328
Minn. Atty. Lic. No. 90979

**IT IS SO ORDERED**

In accordance with the foregoing Stipulation, Defendant shall have until August 31, 2001, by which to move or answer in response to Plaintiff's Complaint.

**BY THE COURT:**

DATED: August 22, 2001

Susan Richard Nelson
Susan Richards Nelson
U.S. Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500